# NO. 12-20-00163-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE GUARDIANSHIP OF* | § | *APPEAL FROM THE* |
| *JAMES M. CAMMACK,* | § | *COUNTY COURT AT LAW NO. 2* |
| *AN INCAPACITATED PERSON* | § | *GREGG COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Terri Wimberly, filed a motion to dismiss this appeal. The motion states that the parties resolved and settled all issues the subject of this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered October 7, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 7, 2020**

**NO. 12-20-00163-CV**

**IN THE GUARDIANSHIP OF JAMES M. CAMMACK,**
**AN INCAPACITATED PERSON**

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2019-0293-E)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*